JOHN BRAGONJE (SBN 9519)
e-mail: JBragonje@lewisroca.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel: 702.949.8200
Fax: 702.949.8398

BENJAMIN STRUBY (*pro hac vice pending*)
e-mail: benjamin.struby@lathropgpm.com
WILLIAM SCHUMACHER (*admitted pro hac vice*)
e-mail: william.schumacher@lathropgpm.com
**LATHROP GPM LLP**
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108-2618
Tel:  816.292.2000
Fax: 816.292.2001

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AQUA SUPPLY, LLC<br><br>   Plaintiff,<br><br>vs.<br><br>BELLAREED CONSTRUCTION REMODELING, LLC F/K/A BELLAREED LUXURY POOLS LLC,<br><br>   Defendant. | Civil Case No. 23-cv-00883-JCM-BNW<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF WILLIAM SCHUMACHER AND REQUEST FOR REMOVAL FROM SERVICE LISTS** |

**PLEASE TAKE NOTICE** that William Schumacher hereby withdraws his appearance on behalf Aqua Supply, LLC ("Aqua Supply"), plaintiff in the above-captioned case.  Aqua Supply will continue to be represented by Lathrop GPM LLP and Lewis Roca Rothgerber Christie LLP.

**PLEASE TAKE FURTHER NOTICE** that William Schumacher hereby requests to be removed from: (1) the service list for the above captioned case; and (2) the Court's CM/ECF notice system in this matter.

DATED July 20, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

_____
JOHN E. BRAGONJE (SBN 9519)
e-mail: jbragonje@lrrlaw.com
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

BENJAMIN STRUBY (*pro hac vice pending*)
e-mail: benjamin.struby@lathropgpm.com
WILLIAM SCHUMACHER (*admitted pro hac vice*)
e-mail: william.schumacher@lathropgpm.com
**LATHROP GPM LLP**
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108-2618
Tel: 816.292.2000

**ORDER**
**IT IS SO ORDERED**

**DATED:** 1:44 pm, July 21, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2