**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AQUA SUPPLY, LLC </br></br> Plaintiff, </br></br> vs. </br></br> BELLAREED CONSTRUCTION REMODELING, LLC F/K/A BELLAREED LUXURY POOLS LLC, </br></br> Defendant. | Civil Case No. 23-cv-00883-JCM </br></br></br></br> **DEFAULT JUDGMENT** |

It appearing from the records in the above-entitled cause that the Summons issued on the Complaint filed on June 5, 2023, having been regularly served on the Defendant BELLAREED CONSTRUCTION REMODELING, LLC F/K/A BELLAREED LUXURY POOLS LLC, and it appearing from the declaration of counsel and the Court's records that said Defendant has failed to plead or otherwise defend in this action as required by the Federal Rules of Civil Procedure.

An application having been duly made by Plaintiff AQUA SUPPLY LLC for Default Judgment pursuant to Federal Rule of Civil Procedure 55, and it appearing that Defendant is not in military service, is not an incompetent person, and is not an infant, it is therefore,

ORDERED THAT Plaintiff Aqua Supply LLC is granted Default Judgment in its favor and against Defendant Bellareed Construction, LLC f/k/a Bellareed Luxury Pools LLC in the following

amounts: Principal in the amount of $748,351.88 and Late Fees in the Amount of $208,422.63, together with post-judgment interest at the statutory rate.

    IT IS FURTHER ORDERED THAT Plaintiff's Count II (Unjust Enrichment) is dismissed, without prejudice.

    IT IS FURTHER ORDERED THAT any Motion for Attorney's Fees and Costs must be made within fourteen (14) days of the entry of this Order.

Date: 9/11/2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk